OLIPHANT *et al. v.* BATCHELOR.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Thomas Darlington,* for appellant.   *Donald McLean,* for respondents.
Appeal dismissed, with costs.

---

LYNCH *v.* MANHATTAN R. CO.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Davies, Cole & Rapallo,* for appellant.   *Dailey & Bell,* for respondent.
Judgment affirmed, with costs.

---

COSTELLO *v.* SECOND AVE. R. CO.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Waldo Hutchins, Jr.,* for appellant.   *George W. Smith,* for respondent.
Judgment affirmed, with costs.

---

NICHOLS *et al. v.* METROPOLITAN EL. R. CO.

DEAN *v.* SAME.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Davies, Cole & Rapallo,* for appellant.   *Whitehead, Parker & Dexter,* for
respondents.
Judgment affirmed, with costs.

---

DE FRECE *v.* METROPOLITAN EL. R. CO.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Davies, Cole & Rapallo,* for appellant.   *J. A. Weeks, Jr.,* for respondent.
Judgment affirmed, with costs.

---

ELY *et al. v.* MILLER.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Hector Hitchings,* for appellants.   *A. Levy,* for respondent.
Order of the general term reversed, and the order of the special term affirmed, with costs.

---

WOODRUFF *et al. v.* LANGENHOP.

*(Common Pleas of New York City and County, General Term.*   May 17, 1888.)

*Wm. B. McGrath,* for appellant.   *Teneyck & Remington,* for respondents.
Order affirmed, with costs.